IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 46 MR WCM

| | | |
|---|---|---|
| Q LEVEL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MOOG MUSIC, INC., and | ) | |
| MOOG INSTITUTE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 40) filed by Allen R. Baum. The Motion indicates that Mr. Baum, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Q Level, LLC and that he seeks the admission of Vincent P. (Trace) Schmeltz, III, who the Motion represents as being a member in good standing of the Bars of the District of Columbia and the State of Illinois. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 40) and **ADMITS** Vincent P. (Trace) Schmeltz, III to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 20, 2020

W. Carleton Metcalf
United States Magistrate Judge