IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 46 MR WCM

| | | |
|---|---|---|
| Q LEVEL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MOOG MUSIC, INC., and | ) | |
| MOOG INSTITUTE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 41) filed by Allen R. Baum. The Motion indicates that Mr. Baum, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Q Level, LLC and that he seeks the admission of Amy Michelau, who the Motion represents as being a member in good standing of the Bar of the State of Illinois. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 41) and **ADMITS** Amy Michelau to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 20, 2020

W. Carleton Metcalf
United States Magistrate Judge